UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARTIN BRAD ROBINSON,<br>　　　Petitioner,<br><br>-v-<br><br>CINDI CURTIN,<br>　　　Respondent. | No. 1:11-cv-698<br><br>HONORABLE PAUL L. MALONEY |

# JUDGMENT

Having denied the petition for writ of habeas corpus filed under 28 U.S.C. § 2254, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Respondent Cindi Curtin and against Petitioner Martin Brad Robinson.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   December 5, 2011                     /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge