UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARTIN BRAD ROBINSON,  )<br>　　　　Petitioner,　　　　)<br>　　　　　　　　　　　　　　)<br>-v-　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>CINDI CURTIN,　　　　　　)<br>　　　　Respondent.　　　　)<br>_____) | No. 1:11-cv-698<br><br>HONORABLE PAUL L. MALONEY |

### **JUDGMENT**

Having denied the petition for writ of habeas corpus filed under 28 U.S.C. § 2254, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Respondent Cindi Curtin and against Petitioner Martin Brad Robinson.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:　December 5, 2011　　　　　　　　　　　　　/s/ Paul L. Maloney　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge